UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAYELLY GALLARDO SANTIAGO,<br><br>    Plaintiff,<br><br>v.<br><br>GURNICK ACADEMY,<br><br>    Defendant. | Case No. 24-cv-09112-PHK<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. 12 |

## ORDER TO SHOW CAUSE

On May 2, 2025, the Court conducted the mandatory screening requirements of Plaintiff Nayelly Gallardo Santiago's complaint pursuant to the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2)(B). [Dkt. 12]. The Court dismissed the complaint without prejudice and granted Plaintiff Santiago thirty (30) days' leave to refile an amended complaint. *Id.* The amended complaint was due June 2, 2025. *Id.*

On June 11, 2025, more than a week after the deadline had passed, the Court sent a courtesy email to Plaintiff Santiago, informing her that the deadline had passed and warning that failure to file the amended complaint could lead to dismissal. The same day, Plaintiff Santiago informed the Court that she had COVID-19 and she would file the amended complaint in a week. As of the date of this Order, two weeks have passed, and Plaintiff Santiago has not submitted any documents.

//
//
//
//
//

1    Accordingly, the Court **ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING** by **July 23, 2025**, why the Court should not dismiss this case for failure to prosecute and/or comply with a court order. Plaintiff Santiago may satisfy this Order by filing an amended complaint. Failure to timely respond to this Order may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
PETER H. KANG
United States Magistrate Judge