# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELLY SANTIAGO, <br><br>    Plaintiff, <br><br> vs. <br><br> GURNICK ACADEMY, <br><br>    Defendant. | Case No. 4:24-CV-09112- YGR <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On November 20, 2025, the Court issued an Order dismissing plaintiff's case and granting plaintiff leave to amend by December 31, 2025. The Court warned plaintiff that "the case will be dismissed under Rule 41(b) for failure to prosecute" should she fail to amend. (Dkt. No. 21.) Plaintiff did not amend her complaint.

Pursuant to the Court's November 20, 2025 order, this case is **DISMISSED.** The clerk shall close the action.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE